FURMINATOR, INC., Plaintiff–Appellant,

v.

ONTEL PRODUCTS CORP. and Linens 'N Things, Inc., Defendants–Appellees,

and

Bamboo and Munchkin, Inc., Defendants–Appellees.

No. 2006–1355.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2007.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

**Judgment**

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36